

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00382-CV

| | | |
|---|---|---|
| ROBBIN SKAGGS, INDIVIDUALLY, AND AS THE REPRESENTATIVE ON BEHALF OF THE ESTATE OF SAMANTHA SKAGGS, AND WALTER SKAGGS, SR., Appellants | § | On Appeal from the 67th District Court |
| | § | of Tarrant County (067-354963-24) |
| V. | § | June 5, 2025 |
| 4907 CORPORATION, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the portion of the trial court's judgment dismissing Appellants' claims for punitive damages is affirmed. It is further ordered that the portions of the trial court's judgment (1) dismissing Appellants' claims under the Dram Shop Act and (2) awarding Appellee costs and reasonable attorney fees are reversed and remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that each party shall pay their own costs for this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
   Chief Justice Bonnie Sudderth